# MEMORANDUM ENDORSED



Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2021

May 20, 2021

**VIA ECF**
Hon. Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Sanchez v. USA Wine & Spirits, Inc.</u>; *Civil Action No. 1:21-cv-01797*

Dear Judge Woods,

The undersigned represents Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for May 28, 2021 at 1:00 p.m. It is now May 20, 2021, and Defendant has yet to appear in this case. In fact, Plaintiff has still not received an Affidavit of Service from its process server.

In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

---

Application granted. The initial pretrial conference scheduled for May 28, 2021 is adjourned to July 2, 2021 at 3:00 p.m. The joint letter and proposed case management plan described in the Court's March 3, 2021 order, Dkt. No. 5, are due no later than June 25, 2021. The Clerk of Court is directed to termination the motion pending at Dkt. No. 7.

SO ORDERED.

Dated: May 21, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge