

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2021

# MEMORANDUM ENDORSED

June 22, 2021

**VIA ECF**
Hon. Judge Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Sanchez v. USA Wine & Spirits, Inc.; Case No: 1:21-cv-01797-GHW

Dear Judge Woods,

The undersigned represents Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

By way of background, this case was opened on March 2, 2021. However, Plaintiff has been made aware that Complaint in this action should include Alliance Capital Corp. The undersigned is now requesting that the Court grant it leave to amend the Complaint in order to serve the newly named Defendant in this action.

Additionally, there is a conference scheduled for July 2, 2021. The undesigned requests that the conferenced be adjourned so that Plaintiff has an opportunity to serve the Amended Complaint on Defendant.

Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

Application denied. Plaintiff has provided neither the Defendant's position regarding the proposed amendment nor a draft of the proposed amended complaint. Lacking such basic information, the Court declines to grant this request. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.

SO ORDERED.

Dated: June 23, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge